FILED

10/16/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0224

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0224

---

THOMAS C. WEINER, M.D.,

      Plaintiff and Appellant,

    v.

ST. PETER'S HEALTH, a Montana Domestic
Nonprofit Corporation, d/b/a St. Peter's Hospital,

      Defendant and Appellee.

---

**ORDER**

---

Upon consideration of Appellant's motion for a 30-day extension of time to file his reply brief and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including November 16, 2023, within which to prepare, file, and serve his reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 16 2023